JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ROSALIO PEDRAZA-LEON, | ) | No. CV 13-09567-AG (VBK) |
| | ) | |
|         Petitioner, | ) | ORDER ACCEPTING FINDINGS AND |
| | ) | RECOMMENDATIONS OF THE UNITED |
|   v. | ) | STATES MAGISTRATE JUDGE |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|         Respondent. | ) | |

Pursuant to 28 U.S.C. §636, the Court has reviewed Petitioner's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence By A Person In Federal Custody" ("Motion"), Respondent's Motion to Dismiss or Transfer Petition for Writ of Habeas Under 28 U.S.C.§ 2255, all of the records herein and the Report and Recommendation of the United States Magistrate Judge ("Report").

**IT IS ORDERED** that: (1) the Court accepts the Findings and

//
//
//
//
//

Recommendations of the United States Magistrate Judge; (2) Respondent's Motion to Dismiss or Transfer is granted; and (3) the Motion be transferred to the District of Wyoming.

DATED: May 31, 2014

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE